

FILED

03/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0609

RONALD DERKSEN and NORMA DERKSEN,

Plaintiffs and Appellees,

v.

ANNISSA HASTIE,

Defendant and Appellant.

ORDER

The record was filed for purposes of this appeal on November 25, 2019. Nothing further was filed, and on January 29, 2020, this Court ordered that Appellant prepare, file, and serve the opening brief no later than February 28, 2020. Nothing further has been filed.

THEREFORE,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Annissa Hastie personally and to all counsel of record.

DATED this 31st day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices